# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1685
_____

CHARLES LEE MOULTRIE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


May 15, 2024


PER CURIAM

Charles Lee Moultrie, Jr. appeals his judgment and sentence, which stems from the revocation of his probation for a new law violation. Moultrie argues the trial court erred in denying a dispositive motion to suppress, which led to the revocation, and in imposing a $100 cost under section 938.27(8), Florida Statutes, at sentencing. We affirm the judgment and sentence. Further, the trial court's imposition of the $100 cost under section 938.27(8) was mandatory, and therefore appropriate. *See Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review granted in Parks v. State of Florida*, No. SC2023-1355 (Fla. Jan. 31, 2024).

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.